| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 1:11CR00071-017 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:13-00203-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Craig, Travis  Murfreesboro, Tennessee 37128 | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE David D. Dowd | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/03/2011 — TO 11/02/2014 |

OFFENSE

18 U.S.C. § 371 - Conspiracy to Defraud the United States, a Class D felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/1/11          /s/ David D. Dowd
_____    _____
Date             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-25-13          /s/ Todd Campbell
_____    _____
Effective Date   United States District Judge